Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−21979−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan M Eilbacher−Greene
   1268 Poplar Avenue
   Mountainside, NJ 07092

Social Security No.:
   xxx−xx−6486

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                8/8/19
Time:               08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 2, 2019
JAN: rh

                                                  Jeanne Naughton
                                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-21979-JKS
Susan M Eilbacher-Greene                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Jul 02, 2019
                            Form ID: 132             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
db          +Susan M Eilbacher-Greene,    1268 Poplar Avenue,    Mountainside, NJ 07092-1927
cr          +DITECH FINANCIAL, LLC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
              Philadelphia, PA 19103-1814
518304268    Ditech Financial LLC,    PO Box 7153,   Pasadena, CA  91109-7153
518304269    PNC Bank,    PO Box 747032,   Pittsburgh, PA  15274-7032
518329757    WELLS FARGO CARD SERVICES,    PO BOX 5445,   PORTLAND, OR  97228-5445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2019 01:14:55     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2019 01:14:48      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ  07102-5235
518329753    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 01:14:21     COMENITY/ LANE BRYANT,
              PO Box 659728,   San Antonio, TX  78265-9728
518329752   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2019 01:11:31      Capital One,
              PO Box 30281,   Salt Lake City, UT 84130-0281
518329755    E-mail/Text: bncnotices@becket-lee.com Jul 03 2019 01:13:46     Khols,    PO Box 2983,
              Milwaukee, WI  53201-2983
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518329759*     COMENITY/ LANE BRYANT,    PO Box 659728,   San Antonio, TX  78265-9728
518329758*    +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
518329754*     Ditech Financial LLC,    PO Box 7153,   Pasadena, CA  91109-7153
518329760*     Ditech Financial LLC,    PO Box 7153,   Pasadena, CA  91109-7153
518329761*     Khols,   PO Box 2983,    Milwaukee, WI  53201-2983
518329756*     PNC Bank,    PO Box 747032,   Pittsburgh, PA  15274-7032
518329762*     PNC Bank,    PO Box 747032,   Pittsburgh, PA  15274-7032
518329763*     WELLS FARGO CARD SERVICES,    PO BOX 5445,   PORTLAND, OR  97228-5445
                                                                                        TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
              Donald C. Goins    on behalf of Debtor Susan M Eilbacher-Greene dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor   DITECH FINANCIAL, LLC. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4