Order Filed on August 23, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>827087<br>**Phelan Hallinan Diamond & Jones, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: Ditech Financial, LLC.** |

| In Re: | Case No: 19-21979 - JKS |
|---|---|
| Susan M. Eilbacher-Greene a/k/a Susan M. Greene | Hearing Date: 08/08/2019 |
| | Judge:  John K. Sherwood |

# ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 23, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**NJID 827087**
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for Ditech Financial, LLC.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| SUSAN M. EILBACHER-GREENE A/K/A SUSAN M. GREENE | CASE NO. 19-21979 - JKS |
| | CHAPTER 13 |
| Debtor | ORDER RESOLVING OBJECTION TO CONFIRMATION |
| | HEARING DATE: 08/08/2019 |

**This Order pertains to the property located at 1268 POPLAR AVENUE, MOUNTAINSIDE, NJ 07092, mortgage account ending with "6848";**

**THIS MATTER** having been brought before the Court by, Donald C. Goins, Esquire attorney for debtor, Susan M. Eilbacher-Greene upon the filing of a Chapter 13 Plan, Ditech Financial, LLC. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and for other and good cause shown:

**IT IS on the                day of               , 2019, ORDERED as follows:**

1.    The secured creditor, Ditech Financial, LLC. shall be permitted to file a secured Proof of Claim after Confirmation. The arrears reflected in said to-be-filed secured Proof of Claim will be approximately **$44,921.84**.

2.    The Trustee is authorized not to pay the secured arrearage claim (Proof of Claim to be filed shortly) of Ditech Financial, LLC. for the purpose of allowing the Debtor to apply and potentially complete a loan modification. Should the Debtor qualify for a loan modification, the loan modification must be approved no later than **October 23, 2019 or as extended by the Court**.

3.    If Loan Modification is approved, Ditech Financial, LLC. shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

4.    If a loan modification is not approved by **October 23, 2019 or as extended by the Court**, the debtor shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

      5.    Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

      6.    Debtor shall tender adequate protection payments to Ditech Financial, LLC. as required by the Loss Mitigation Program (LMP).  The adequate protection payments will continue only while the Debtor is in LMP. The Loss Mitigation Program is scheduled to terminate on **October 23, 2019 or as extended by the Court**.  If the Debtor fails to make adequate protection payments, Ditech Financial, LLC. will file an Application for Early Termination of LMP. Once the Loss Mitigation Program terminates on **October 23, 2019 or as extended by the Court**, or an earlier date confirmed by the court, the Debtor shall cease tendering the reduced adequate protection payments and begin making regular monthly mortgage payments to Ditech Financial, LLC. as required by the mortgage and note.

      7.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.