UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984, Fax: (908) 351-1982
Attorney for the Debtor

In Re:
Susan M. Eilbacher-Greene,

Order Filed on November 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-21979
Chapter: 13
Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 25, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 7 / 10 / 2020 :

Property: 1268 Poplar Avenue, Mountainside NJ 07092

Creditor: Specialized Loan Servicing

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by the debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[XX] The Loss Mitigation Period is extended up to and including January 30, 2021 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev.12/17/19

2