Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.:  19−21979−JKS
                                        Chapter:  13
                                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Susan M Eilbacher−Greene
    1268 Poplar Avenue
    Mountainside, NJ 07092

Social Security No.:
    xxx−xx−6486

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

      NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/21/21.

      Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

      This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 21, 2021
JAN: zlh

                                                                                            Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 19-21979-JKS
Susan M Eilbacher-Greene                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                User: admin                                 Page 1 of 2
Date Rcvd: Jan 21, 2021             Form ID: 148                                Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan M Eilbacher-Greene, 1268 Poplar Avenue, Mountainside, NJ 07092-1927 |
| cr | + | DITECH FINANCIAL, LLC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518304268 | | Ditech Financial LLC, PO Box 7153, Pasadena, CA 91109-7153 |
| 518304269 | | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 519056719 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519056720 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 518585340 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2021 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2021 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518329753 | | EDI: WFNNB.COM | Jan 22 2021 02:08:00 | COMENITY/ LANE BRYANT, PO Box 659728, San Antonio, TX 78265-9728 |
| 518329752 | + | EDI: CAPITALONE.COM | Jan 22 2021 02:08:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518352955 | + | EDI: AIS.COM | Jan 22 2021 02:08:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518400443 | | EDI: BL-BECKET.COM | Jan 22 2021 02:08:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518329755 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 21 2021 21:54:00 | Khols, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518418560 | + | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2021 21:54:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101-4982 |
| 518329757 | | EDI: WFFC.COM | Jan 22 2021 02:08:00 | WELLS FARGO CARD SERVICES, PO BOX 5445, PORTLAND, OR 97228-5445 |
| 518329763 | | EDI: WFFC.COM | Jan 22 2021 02:08:00 | WELLS FARGO CARD SERVICES, PO BOX 5445, PORTLAND, OR 97228-5445 |
| 518391338 | | EDI: WFFC.COM | Jan 22 2021 02:08:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518334662 | | EDI: WFFC.COM | Jan 22 2021 02:08:00 | Wells Fargo Card Services, PO Box 5445, Portland, OR 97228 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518426749 |  | DITECH FINANCIAL LLC |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 518329759 | * | COMENITY/ LANE BRYANT, PO Box 659728, San Antonio, TX 78265-9728 |
| 518334659 | *+ | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518329758 | *+ | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518334660 | * | Comenity/Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 518329754 | * | Ditech Financial LLC, PO Box 7153, Pasadena, CA 91109-7153 |
| 518329760 | * | Ditech Financial LLC, PO Box 7153, Pasadena, CA 91109-7153 |
| 518329761 | * | Khols, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518334661 | *+ | Khols, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518329756 | * | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 518329762 | * | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 518585341 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

**Name** — **Email Address**

Donald C. Goins
on behalf of Debtor Susan M Eilbacher-Greene dcgoins1@gmail.com  G25787@notify.cincompass.com

Marie-Ann Greenberg
magecf@magtrustee.com

Rebecca Ann Solarz
on behalf of Creditor PNC Bank National Association rsolarz@kmllawgroup.com

Robert P. Saltzman
on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5